Gabrielle M. Wirth (SBN 106492)
DORSEY & WHITNEY LLP
38 Technology Drive
Irvine, CA 92618
Telephone: (949)932-3600
Facsimile: (949)932-3601

**ORIGINAL**

RECEIVED
NOV 2 2 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFOR.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCAFFREY et al.,

Plaintiff(s)

v.

BROBECK PHLEGER & HARRISON LLP; et al.,

Defendant(s)

CASE NUMBER:
3:03-CV-02082-WWS

**SUBSTITUTION OF ATTORNEY**

Brobeck Phleger & Harrison LLP  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

hereby substitutes Jon G. Miller, Berger Kahn, ~~Shafton Moss Figler Simon & Gladstone~~ ALC   who is

☒ Retained Counsel   ☐ Court Appointed Counsel   ☐ Pro Per   2 Park Plaza, Suite 650
*Street Address*

Irvine, California 92614-8516    (949)474-1880    (949)474-7265    SBN 150702
*City, State, Zip Code*        *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of Gabrielle M. Wirth, Kathlene W. Lowe & Diane Mason, Dorsey & Whitney LLP
*Present Attorney*

Dated: November 7, 2005      By: Ronald Greenspan
                                 *Signature of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: November 7, 2005      _____
                             *Signature of Present Attorney*
                             Gabrielle M. Wirth, Dorsey & Whitney LLP

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: November 15, 2005     _____
                             *Signature of New Attorney*
                             Jon G. Miller, Berger Kahn ~~Shafton Moss Figler Simon~~, ALC

---

**Substitution of Attorney is hereby** ☒ Approved.   ☐ Denied.

Dated: 2/9/06            _____
                         **United States District Judge / Magistrate Judge**

---

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                          G01