1  McNUTT & LITTENEKER, LLP
   SCOTT H. McNUTT (State Bar No. 104696)
2  REBECCA U. LITTENEKER (State Bar No. 111744)
   CHRISTOPHER H. HART (State Bar No. 184117)
3  188 The Embarcadero, Suite 800
   San Francisco, California 94105
4  Telephone: (415) 995-8475
   Facsimile: (415) 995-8487
5
   Attorneys for Robert McCaffrey, et al.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12 | ROBERT MCCAFFREY a/k/a BROKE BECK, et al., on behalf of themselves, the general public and all others similarly situated, | Case No. C 03-2082 WWS
13 | |
   | | **SUBSTITUTION OF ATTORNEYS AND ORDER**
14 | Plaintiffs, |
   | | (No hearing necessary)
15 | BROBECK, PHLEGER & HARRISON, LLP, AND MORGAN, LEWIS & BOCKIUS LLP |
16 | and DOES 1-99, |
17 | Defendants. |

18

19

20

21       Robert McCaffrey, James K. Lewis, Jayne Laughry, Chris E. Bender, Christopher

22 Alksnis, Cindy E. Milton, Hector Carlos, Jr., Jill C. Youkel, Katherine Wood, Kathy

23 McWilliams, Kimberly Vinal, Kirstin Wolf Kurlander, Leslie H. Evans, Lynette L. Craig-Harris,

24 Lynn Cleckler, Querlyn Esther Marques, Robert McCaffrey, Tamara Frankhouser, and Terry

25 Ziegler, Plaintiffs in this action ("Robert McCaffrey, et al."), hereby substitute McNutt &

26 Litteneker, LLP as their individual attorneys of record as well as class counsel in this action, in

27 place of their former attorneys of record, H. Tim Hoffman of Hoffman & Lazear, 180 Grand

28

Received: 2/ 8/06  3:56PM;   -> HOFFMAN AND LAZEAR; Page 3
02/08/2006 15:56 FAX    MCNUTT&LITTENEKER LLP    ☒003

1  Avenue, Suite 1550, Oakland, CA 94612 and Mark R. Thierman of The Thierman Law Firm,
2  7287 Lakeside Drive, Reno, NV 89511: .
3
4  I consent to the above substitution.
5  Dated: 2-8-06                    HOFFMAN & LAZEAR
6
7                                   By: _____
8                                        H. Tim Hoffman
9
10 Dated: _____            THIERMAN LAW FIRM
11
12                                   By: _____
13                                        Mark R. Thierman
14
15 I accept the above substitution, and am admitted to practice in this Court.
16 Dated: _____            MCNUTT & LITTENEKER, LLP
17
18                                   By: _____
19                                        Christopher H. Hart
20
21
22
23
24
25
26
27
28

72960.1                              2                SUBSTITUTION OF ATTORNEYS
                                                      Case No.: C 03-2082 WWS

Sent By: HOFFMAN AND LAZEAR;   510 835 1311;   Feb-8-06  4:10PM;   Page 3/3

1  Avenue, Suite 1550, Oakland, CA 94612 and Mark R. Thierman of The Thierman Law Firm,
2  7287 Lakeside Drive, Reno, NV 89511: .
3
4  I consent to the above substitution.
5  Dated: _____           HOFFMAN & LAZEAR
6
7                               By: _____
8                                    H. Tim Hoffman
9
10 Dated: _____           THIERMAN LAW FIRM
11
12                              By: _____
13                                   Mark R. Thierman
14
15 I accept the above substitution, and am admitted to practice in this Court.
16 Dated: _____           MCNUTT & LITTENEKER, LLP
17
18                              By: _____
19                                   Christopher H. Hart
20
21
22
23
24
25
26
27
28

1  Avenue, Suite 1550, Oakland, CA 94612 and Mark R. Thierman of The Thierman Law Firm,
2  7287 Lakeside Drive, Reno, NV 89511: .
3
4  I consent to the above substitution.
5  Dated: _____          HOFFMAN & LAZEAR
6
7                                 By: _____
                                       H. Tim Hoffman
8
9
10 Dated: _____          THIERMAN LAW FIRM
11
12                                By: _____
                                       Mark R. Thierman
13
14
15 I accept the above substitution, and am admitted to practice in this Court.
16 Dated: 2/8/06                   MCNUTT & LITTENEKER, LLP
17
18                                By: _/s/ Christopher H. Hart_____
                                       Christopher H. Hart
19

*IT IS SO ORDERED*
/s/ William W Schwarzer
Judge William W Schwarzer
United States District Court, Northern District of California