**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCAFFREY *aka* Broke Beck, et al,<br><br>        Plaintiff(s),<br><br>  v.<br><br>BROBECK PHEGLER & HARRISON LLP, et al,<br><br>        Defendant(s).<br>_____/ | No. C 03-02082 WWS<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

    This matter having been stayed pending bankruptcy proceedings, and there being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this order shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

Dated: May 1, 2007

                                                               WILLIAM W SCHWARZER,
                                                               Senior United States District Judge